[No. 14114-4-III.    Division Three.    September 19, 1996.]

In the Matter of KENNETH LEE THOMAS.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-8-00029-7, Thomas Haven, Commissioner, entered June 1, 1994. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14738-0-III.    Division Three.    September 19, 1996.]

DALLAS J. NORD, *Appellant*, v. JESUS SERRANO, ET AL., *Defendants*, DOUGLAS COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 94-2-00178-4, Ted W. Small, J., entered March 7, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 18537-7-II.    Division Two.    September 20, 1996.]

LESTER STARK, ET AL., *Resondents*, v. KEITH C. JORGENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-2-01142-3, H. John Hall, J., entered July 18, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18881-3-II.    Division Two.    September 20, 1996.]

DONALD W. REYNOLDS, *Appellant*, v. PIERCE TRANSIT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-09115-5, Grant L. Anderson, J., entered October 28, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Turner, J.